THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND MARTINEZ FERNANDEZ and MARTHA BECK, Appellants.

Submitted January 9, 1950; decided January 13, 1950.

Motion to vacate assignment of John McKim Minton, Esq., as counsel for the defendant Fernandez denied.